IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUZETTE WALKER : <br> : <br> Plaintiff, : <br> : CIVIL ACTION NO.: 15-4031 <br> v. : <br> : <br> VERIZON SERVICES CORPORATION : <br> and : <br> VERIZON PENNSYLVANIA INC. : <br> : <br> Defendants : <br> : | |

## **PLAINTIFF'S APPENDIX OF EXHIBITS**

Exhibit A – Plaintiff's First Amended Civil Action Complaint

Exhibit B – Suzette Walker's Deposition Transcript

Exhibit C – Chart containing Plaintiff's positions/salaries/supervisors since in or about 2000

Exhibit D – Relevant Portions of Plaintiff's Responses to Interrogatories (No.: 7)

Exhibit E – Brian Magee's Deposition Transcript

Exhibit F – Joseph Muccilo's Deposition Transcript

Exhibit G – Carl Gross' Deposition Transcript

Exhibit H – Plaintiff's 2009 through 2012 annual reviews

Exhibit I – Plaintiff's 2013 Year-End Performance review

Exhibit J – Metlife Notice of formal approval of FMLA 4.26.13 through 6.9.13

Exhibit K - Metlife Notice of formal approval of FMLA 6.10.13 through 7.14.13

Exhibit L – Relevant Portion of Metlife's Claim File, at p. VZ, Walker 215

Exhibit M – Rothman Institute 9.10.13 Dr. Note

Exhibit N- Relevant Portion of Metlife's Claim File, at p. VZ, Walker 215

Exhibit O – Collection of portions of Engineering reviews in 2014 re: employee accomplishments: zero medical absences, 0 days absent, no absences, and 0 absences 100% perfect attendance

Exhibit P – 2014 Turf Chart, Plaintiff's turf at p. VZ_Walker_815

Exhibit Q – Relevant Portions of a 2.17.14 Year End Review for Gross' Engineering Specialist: Stinson.

Exhibit R – Plaintiff's 2014 Year-End Performance Review

Exhibit S – Carl Bowman 2014 Year-End Performance Review

Exhibit T – Earnest Padovani 2014 Year-End Performance Review

Exhibit U – George Zang 2014 Year-End Performance Review

Exhibit V – Joseph Scelsa 2014 Year-End Performance Review

Exhibit W – Joseph Hui 2014 Year-End Performance Review

Exhibit X – Mary T. Curtain 2014 Year-End Performance Review

Exhibit Y – Maria Cesare 2014 Year-End Performance Review

Exhibit Z – Steve Murphy 2014 Year-End Performance Review

Exhibit AA – Scott Panichelli 2014 Year-End Performance Review

Exhibit BB – John Shubrook 2014 Year-End Performance Review

Exhibit CC – Paul Klauss 2014 Year-End Performance Review

Exhibit DD – RIF Rating Form, Business Case RIFV 102777

Exhibit EE – Thomas Hodge 2014 Year-End Performance Review

Exhibit FF – David Perry 2014 Year-End Performance Review

Exhibit GG – Anthony Portolese 2014 Year-End Performance Review

Exhibit HH – Boudman 2014 Year-End Performance Review

Exhibit II – Mulhern 2014 Year-End Performance Review

Exhibit JJ – Samuel J. Capizzi 2013 Year End Performance Review

Exhibit KK – David T. Dehaven 2013 Year End Performance Review

Exhibit LL – David Perry 2013 Year-End Performance Review

Exhibit MM – Joseph Scelsa 2013 Year-End Performance Review

Exhibit NN – Ernest Padovani 2013 Year-End Performance Review

Exhibit OO – Relevant Portion of Defendant Verizon's Interrogatory Responses, at No.: 3 (A), and accompanying signed Verification by Magee

Exhibit PP – Emails from Defendant Verizon's Counsel confirming lack of documentation demonstrating that Gross rated or ranked any of his team members

Exhibit QQ – Template for RIFs for managers

Exhibit RR – Email from Parker to upper management dated March 31, 2015

Exhibit SS – Melissa ('Missy") Parker's Deposition Transcript

Exhibit TT – Relevant portions of Verizon's supplemental interrogatory responses

Exhibit UU – CD Rom containing excel spreadsheet of employees with employment and background information, labeled VZ_Walker_818(2)

Exhibit VV – Supplemental Discovery Responses, including amended Doc. Response No.: 11

          Respectfully Submitted,

          **KARPF, KARPF & CERUTTI, P.C.**

          */s/ Christine E. Burke, Esq.*
          Christine E. Burke, Esq.
          Ari R. Karpf, Esq.
          3331 Street Road
          Two Greenwood Square
          Suite 128
          Bensalem, PA 19020

Dated: October 28, 2016