IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUZETTE WALKER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| VERIZON PENNSYLVANIA LLC | : | NO. 15-4031 |

ORDER

AND NOW, this 25th day of August, 2017, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) the renewed motion of defendant Verizon Pennsylvania LLC for judgment as a matter of law (Doc. # 112) is DENIED;

(2) the motion of the defendant for a new trial (Doc. # 113) is DENIED;

(3) the motion of plaintiff Suzette Walker for liquidated damages and prejudgment interest (Doc. # 111) is GRANTED;

(4) the petition of the plaintiff for attorneys' fees and costs (Doc. # 108) is GRANTED in part and DENIED in part; and

(5) the supplemental petition of the plaintiff for attorney's fees (Doc. # 126) is GRANTED.

BY THE COURT:


/s/ Harvey Bartle III
                                             J.