```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| SUZETTE WALKER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| VERIZON PENNSYLVANIA LLC | : | NO. 15-4031 |

<u>SUPPLEMENTAL JUDGMENT</u>

AND NOW, this 25th day of August, 2017, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that a Supplemental Judgment (that is, a judgment in an amount in addition to the Judgment entered on May 25, 2017) is entered in favor of plaintiff Suzette Walker and against defendant Verizon Pennsylvania LLC in the amount of $6,000.88 in prejudgment interest on the back pay award, $194,000.88 in liquidated damages, $153,356.50 in attorneys' fees, and $6,213.07 in costs, for a total of $359,571.33.

BY THE COURT:

<u>/s/ Harvey Bartle III</u>
J.